UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

                                    Criminal No. 12-cr-51-03-JD

        v.

<u>Curtis Hargrove</u>


O R D E R


    The assented to motion to reschedule jury trial (document no. 37) filed by defendant Hargrove is granted.  As all codefendants agreed to this motion, the following deadline applies as to all defendants:  Trial is continued to the two-week period beginning April 16, 2013, 9:30 AM.

    Defendant Hargrove shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                    <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                    Joseph A. DiClerico, Jr.
                                    United States District Judge


Date: February 11, 2013

cc:  Counsel of Record
     U.S. Marshal
     U.S. Probation